# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**JAMES WILLIAM WORLEY**                                                **PLAINTIFF**

**VS.**                                           **CAUSE NO.: 2:05CV214-SA**

**PTS OF AMERICA, LLC.**                                        **DEFENDANT**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The parties have agreed that all matters and things in controversy have been fully compromised and settled, and that the above-captioned cause of action should be fully dismissed, with prejudice with the non-discretionary Court costs only to be paid by Defendant.

**IT IS, THEREFORE, ORDERED** and **ADJUDGED** that the above-captioned cause of action be, and the same is hereby fully dismissed with prejudice, with the costs being assessed against the Defendant for which let execution issue, if necessary. No discretionary costs shall be applied for or awarded in this cause.

**SO ORDERED**, this the 5th day of June, 2008.

                                                    **/s/ Sharion Aycock**
                                                    **U.S. DISTRICT COURT JUDGE**